

IN THE
TENTH COURT OF APPEALS

No. 10-17-00171-CR

JUAN RODRIGUEZ GUAJARDO,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2014-1196-C2

MEMORANDUM OPINION

Juan Rodriguez Guajardo was convicted of continuous sexual abuse of a young child (Count I) and indecency with a child by contact (Count II). The jury assessed Guajardo's punishment at life imprisonment for Count I and twenty years' imprisonment for Count II. The sentences were ordered to run concurrently. This is the appeal of his continuous-sexual-abuse-of-a-young-child (Count I) conviction.

In his sole issue, Guajardo contends that the continuous-sexual-abuse statute—Texas Penal Code section 21.02—is facially unconstitutional. Guajardo acknowledges

that he is raising a facial challenge to the constitutionality of a statute for the first time on appeal and that, under existing law, this is not permitted.[1] The State agrees.

Guajardo is correct in his assessment of the current state of the law in Texas. The Court of Criminal Appeals has held that a defendant may not raise for the first time on appeal a facial challenge to the constitutionality of a statute. *Karenev v. State*, 281 S.W.3d 428, 434 (Tex. Crim. App. 2009). Further, preservation of error is a systemic requirement on appeal, and if an issue has not been preserved for review on appeal, as in this case, we should not address the merits of the issue. *Ford v. State*, 305 S.W.3d 530, 532 (Tex. Crim. App. 2009).

Guajardo's facial challenge to the constitutionality of the continuous-sexual-abuse statute is not preserved for our review. Accordingly, we overrule Guajardo's sole issue and affirm the trial court's judgment as to Count I.[2]

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Affirmed
Opinion delivered and filed February 19, 2020
Do not publish
[CRPM]



---

[1] Guajardo raises the issue to preserve his complaint for potential review by the Court of Criminal Appeals.

[2] *See, e.g.*, *Pruitt v. State*, No. 10-15-00033-CR, 2016 WL 555957, at *1 (Tex. App.—Waco Feb. 11, 2016, pet. ref'd) (mem. op., not designated for publication).